IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTHONY JEROME JOHNSON, | * |
| Petitioner, | * |
| v. | Case No.  7:17-CR-36(HL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing Petitioner's Motion to Vacate.

This 1st day of September, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk